# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

OWEN M. GBORPLAY,

    Plaintiff,

v.

SGT. BARNHILL, *et al.*,

    Defendants.

Case No. 3:17-cv-00155-JPG-SCW

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter is before the Court on a Motion to Dismiss for failure to prosecute filed by Defendant Paulius. (Doc. 52.) Defendant argues that the Court should dismiss Plaintiff's claims against him because Plaintiff has failed to update the Court as to his new address. Defendant indicates that he attempted to serve a notice of deposition on Plaintiff at his last provided address, a jail, but was notified that Plaintiff had been released. It is true that Plaintiff is under an obligation to keep the Court informed of his current address; however, Defendant, by his own admission, is aware of Plaintiff's purported new address. It appears that Plaintiff is still actively litigating this matter since Plaintiff and the other defendants jointly moved to dismiss the other defendants with prejudice after the motion at-bar was filed. Incredibly, rather than attempt to contact Plaintiff at his new address in order to set up a deposition and advise the Court of the putative new address, defense counsel filed the present motion to dismiss. Counsel filed this motion even though it is apparent that Plaintiff is still litigating this matter, in spite of Plaintiff's failure to update his address with the Court. Accordingly, the Court **DENIES** defendant Paulius's motion to dismiss. (Doc. 52.)

**IT IS SO ORDERED.**

**DATED:  APRIL 23, 2018**

                                                          **s/ J. Phil Gilbert**
                                                          **J. PHIL GILBERT**
                                                          **DISTRICT JUDGE**