# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

OWEN M. GBORPLAY,

        Plaintiff,

    v.

SGT. BARNHILL, *et al.*,

        Defendants.

Case No. 3:17-cv-00155-JPG-SCW

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on the plaintiff's and defendant Acuff's, Barnhill's, Fairless's, and C/O Jackson's joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 54.) Rule 41(a)(2) allows an action to be dismissed at a plaintiff's request only by court order. This manner of dismissal is at the sound discretion of the trial court. *Wojtas v. Capital Guardian Tr. Co.*, 477 F.3d 924, 927 (7th Cir. 2007).

    Here, for good cause shown, the Court **GRANTS** the joint motion to dismiss. (Doc. 54.) The Court **DIRECTS** the Clerk of Court to terminate defendants Acuff, Barnhill, Fairless, and C/O Jackson. Defendant Paulius is the only remaining defendant at this time.

**IT IS SO ORDERED.**

**DATED:  APRIL 23, 2018**

                       **s/ J. Phil Gilbert**
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**