# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

OWEN M. GBORPLAY,

    Plaintiff,

v.

CHARLES PAULIUS,

    Defendant.

Case No. 3:17-cv-00155-JPG-SCW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: June 27, 2018

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        BY:    s/Tina Gray
                Deputy Clerk

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**